UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANNE M. ARMOND** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 24-385** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "L"(5)** |

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation (rec. doc. 12), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's brief is rejected, that Defendant's brief is adopted, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this   13TH   day of   January  , 2025.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**